UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:   ARLENE R. LINDSAY            DATE: 5/17/2018
          United States Magistrate Judge
                                       TIME: 1:30 p.m.

**DOCKET NO: CV 17-4367 (ARL)**

**CASE: Liang v. J.R. Asian Fusion, Inc, et al**

___  INITIAL CONFERENCE

___  STATUS CONFERENCE                 BY TELEPHONE  X

___  SETTLEMENT CONFERENCE

___  FINAL CONFERENCE

___  DISCOVERY CONFERENCE

_X_  FAIRNESS HEARING

         APPEARANCES:        FOR PLAINTIFF:        FOR DEFENDANTS:

                             Michael Samuel        Wang Guo

**The following rulings were made:**

Based upon the statements placed on the record and pursuant to the principles set forth in *Kolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332 (S.D.N.Y. 2012) and *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), *cert. Denied*, 136 S. Ct. 824 (2016), the agreement is approved.

                              SO ORDERED:
                              _____/s/_____